ADEPT LAW FIRM
JOSEPH S. FOGEL [SBN 156746]
E-mail: joe@adeptlawfirm.com
4500 Park Granada, Suite 202-F
Calabasas, California 91302-1663
*telephone*      (818) 986-7100

*Attorneys for Plaintiff*
         MARLINA PIERCE

UNITED STATES DISTRICT COURT FOR THE

FOR THE CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLINA PIERCE; | Case No.: 2:24-cv-00071-JAK-MAAx |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| NATIONAL LIFE INSURANCE COMPANY OF VERMONT, a business entity, form unknown; LIFE INSURANCE COMPANY OF THE SOUTHWEST, a business entity, form unknown; and DOES 1 through 15, Inclusive; | Hon. John A. Kronstadt, Judge Presiding |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
OF RECORD:

PLEASE TAKE NOTICE that the above-entitled case has been settled in
its entirety.  The parties are in the process of completing the settlement
documents and anticipate they will be able to file a stipulation for dismissal with

/ / /

/ / /

/ / /

/ / /

/ / /

1  prejudice and a proposed order within 30 days.

2

3  DATED: October 22, 2024                ADEPT LAW FIRM

4

5                                          By:    *Joseph S. Fogel /s/*
                                                  JOSEPH S. FOGEL,
6                                                 *Attorney for Plaintiff,*
                                                  MARLINA PIERCE
7

8  DATED: October 22, 2024                BURKE, WILLIAMS & SORENSEN, LLP

9

10

11                                         By:    *Jason A. James  /s/*
                                                  Jason A. James,
12                                                *Attorney for Defendant,*
                                                  LIFE INSURANCE COMPANY OF THE
13                                                SOUTHWEST

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT