Jason A. James (SBN 265129)
E-mail:  jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel:  949.863.3363 Fax:  949.863.3350

Attorneys for Defendant
LIFE INSURANCE COMPANY OF THE
SOUTHWEST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLINA PIERCE, | Case No. 2:24-cv-00071-JAK-MAAx |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| NATIONAL LIFE INSURANCE COMPANY; LIFE INSURANCE COMPANY OF THE SOUTHWEST; and DOES 1 through 15, inclusive, | Judge:  Hon. John A. Kronstadt Ctrm:  10C |
| Defendant. | Complaint Filed:  November 28, 2023 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4886-4411-1092 v1

1

Case No. 2:24-cv-00071-JAK-MAAx
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff MARLINA PIERCE ("Plaintiff") and defendant LIFE INSURANCE COMPANY OF THE SOUTHWEST ("LSW"),[1] by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Fed. R. Civ. Pro. 41(a). Each party shall bear her or its attorneys' fees and costs.

Dated:  November 1, 2024          ADEPT LAW FIRM


By:  _____*/s/ Joseph S. Fogel*_____
Joseph S. Fogel
Attorneys for Plaintiff
MARLINA PIERCE

Dated:  November 1, 2024          BURKE, WILLIAMS & SORENSEN, LLP


By:  _____*/s/ Jason A. James*_____
Jason A. James
Attorneys for Defendant
LIFE INSURANCE COMPANY OF THE SOUTHWEST


## Filer's Attestation – Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

---

[1]  Defendant National Life Insurance Company was dismissed from the case on May 24, 2024.  (Dkt. No. 16).

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4886-4411-1092 v1                    2                    Case No. 2:24-cv-00071-JAK-MAAx
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE