**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLINA PIERCE,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY; LIFE INSURANCE COMPANY OF THE SOUTHWEST; AND DOES 1 THROUGH 15, INCLUSIVE,<br><br>   Defendants. | No. 2:24-cv-00071-JAK (MAAx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DKT. 28)**<br><br>==JS-6: CASE TERMINATED== |

1

Based on a review of the Stipulation to Dismiss Entire Action with Prejudice (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The above-entitled case is dismissed in its entirety, with prejudice. Each party shall bear her or its attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 04, 2024    _____

John A. Kronstadt

United States District Judge